Dejuan THOMPSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101558

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: September 1, 2015

Srikant Chigurupati, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Robert J. (Jeff) Bartholomew, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

#### PER CURIAM

Dejuan Thompson appeals from the motion court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).